**JS-6**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CLEMENTE GONZALES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01122-DOC-KK<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [11]** |

Pursuant to the Parties' Stipulation to Dismiss Entire Action With Prejudice, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the entire action is dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: July 25, 2022

*David O. Carter*

Honorable David O. Carter
Judge, United States District Court